UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

_Philip Franklin_ Defendant(s).
---------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE

-CR-   ( )( )

Defendant _Philip Franklin_ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

_X_ Initial Appearance Before a Judicial Officer

_X_ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer

_/s/ Philip Franklin_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Phillip Franklin_
Print Defendant's Name

_John P. [signature]_
Defendant's Counsel's Signature

_Joshua D. Kirshner_
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_5-5-2021_
Date

_Katharine H. Parker_
U.S. District Judge/U.S. Magistrate Judge