```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   21-04833M-2
                                     :
    -against-                        :   ORDER
                                     :
Phillip Franklin                     :
                                     :
Defendant                            :
                                     :
-------------------------------------X
```

Kevin Nathaniel Fox, United States Magistrate Judge:

It is hereby ORDERED that the defendant's bail be modified from Pretrial Services supervision as directed to Pretrial Services supervision by telephone/web reporting only.

Dated: New York, New York
June 11, 2021

                          SO ORDERED:

                          *Kevin Nathaniel Fox*

                        _____
                        Kevin Nathaniel Fox
                        United States Magistrate Judge