# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
## Southern District of New York

Mag. Dkt. No.                                                                                   Date

USAO No.

The Government respectfully requests the Court to dismiss without prejudice the

    Complaint        Removal Proceedings in

*United States v.*
    with respect to only defendant Phillip Franklin

The Complaint/Rule 40 Affidavit was filed on

    *U.S. Marshals please withdraw warrant*  as to only defendant Phillip Franklin

                                            ASSISTANT UNITED STATES ATTORNEY
                                            (handwritten or digital signature)

                                            (print name if signature handwritten)

**SO ORDERED:**

DATE:

                                            UNITED STATES MAGISTRATE JUDGE